```
 1  Russell A. Robinson, 163937
    Law Office of Russell A. Robinson
 2  345 Grove Street, 1st Floor
    San Francisco CA 94102
 3  TEL:   415.255.0462
    FAX:   415.431.4526
 4  rlaw345@gmail.com

 5  Counsel for Plaintiff
    HAROLD DUTRA, JR.
 6

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DUTRA, JR., | CASE NO.   C-14-4623-NC & |
|  | C-12-3338-NC |
| Plaintiff, |  |
|  | [~~Proposed~~] **ORDER SETTING CASE** |
| v. | **MANAGEMENT CONFERENCE** |
|  |  |
| BFI WASTE SYSTEMS OF NORTH AMERICA, | [**DEMAND FOR JURY TRIAL**] |
| INC. d/b/a ALLIED WASTE SERVICES OF SAN |  |
| MATEO (BFI), now known as REPUBLIC |  |
| SERVICES, INC., and DOES 1-40, |  |
|  |  |
| Defendants. |  |
| _____/ |  |

Plaintiff requested that the Court in these related actions set this matter for a mid-January 2015 case management conference, either January 14, 2015, or January 21, 2015, at 10:00 a.m.

Good cause appearing, it is hereby ordered that the initial case management conference in this matter shall proceed on January  21, at 10:00 a.m., in Courtroom 7, on the 4th Floor, of the San Jose Division of the above court. Case management statement due January 14, 2015. The parties are permitted to appear telephonically and must contact the Courtroom Deputy at 408.535.5343 for further arrangements.

Date:   December  15, 2014

_____
Honorable Nathanael Cousins
USDC, N. Dist. Of California